IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Corthena L

Printed: 02/17/09

Case Number:  08 B 02660

Judge:  Hollis, Pamela S

Filed:  2/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 5, 2009
Confirmed:   April 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,790.00 |  |
| Secured: |  | 1,225.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,384.81 |
| Trustee Fee: |  | 180.19 |
| Other Funds: |  | 0.00 |
| Totals: | 2,790.00 | 2,790.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,384.81 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 500.00 | 500.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 32,052.56 | 725.00 |
| 4. | Peoples Energy Corp | Unsecured | 327.27 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 52.98 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 34.22 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 258.35 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 44.40 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 83.26 | 0.00 |
| 10. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 66.96 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 80.52 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 275.00 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Superior Asset Management | Unsecured | | No Claim Filed |
| | | | $ 37,239.52 | $ 2,609.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 5.71 |
| 6.5% | 174.48 |
| | $ 180.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Corthena L | Case Number:  08 B 02660 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/17/09 | Filed:  2/6/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: